# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00493-CV

**Elise K. Rosenboom, Appellant**

**v.**

**Bank of America, N.A., Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-20-000960, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on November 6, 2024. On January 15, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by January 27, 2025, would result in the dismissal of this appeal for want of prosecution. On January 27, 2025, appellant filed a motion for extension of time requesting an extension of the deadline to May 1, 2025. The Court granted in part the motion for extension of time, extending appellant's brief deadline to March 6, 2025. When granting this extension, the Court advised counsel that no further extensions would be granted. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Prosecution

Filed: March 14, 2025